ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3713
    FAX: (510) 637-3724
    Email:  jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JARAY WASHINGTON, <br><br> Defendant. | NO. 3:20-CR-00332-SI <br> [FILED AUGUST 25, 2020] |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JARAY WASHINGTON, <br><br> Defendant. | NO. 24-CR-00467-HSG <br> [FILED AUGUST 15, 2024] <br><br> NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

//

//

//

//

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related.

On August 25, 2020, a grand jury returned an indictment charging the defendant, Jaray Washington, with one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Case No. 20-cr-00332-SI, Dkt. No. 1.  On October 29, 2021, Mr. Washington entered a guilty plea to the charge.  Dkt. No. 69.  On March 15, 2022, this Court sentenced Mr. Washington to 24 months in prison followed by three years of supervised release.  Dkt. No. 89.  On August 20, 2024, Mr. Washington was arraigned on a Third Amended Petition for Warrant for Person under Supervision, which was unsealed that same day. Dtk. 129.  Count 6 of the Third Amended Petition alleges that Mr. Washington violated the terms of his supervised release by committing eight armed robberies between January 14, 2024 and February 2, 2024, all occurring in Alameda County.  *Id.*

On August 15, 2024, a federal grand jury returned an indictment charging Mr. Washington with ten counts, including eight violations of 18 U.S.C. § 1951(a) for the same conduct alleged in Count 6 of Mr. Washington's Third Amended Petition. Case No. 24-cr-00467-HSG, Dkt No. 13.  (Mr. Washington had previously been charged by complaint, which was filed on July 1, 2024.  Dkt. No. 1.)  The indictment also charges Mr. Washington with one count of brandishing a firearm in connection with a crime of violence (18 U.S.C. § 924(c)(1)) and one count of felon in possession of a firearm 18 U.S.C. § 922(g)(1)).  *Id*.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant and the same events and occurrences.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

//
//
//
//
//
//

1  Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources. However, to the Government's knowledge, most—if not all—of the likely dozens of witnesses who would testify at trial in Case No. 24-cr-00467-HSG reside in the East Bay. Consequently, assignment to a trial court located in San Francisco would likely introduce significant inefficiency with regard to witness travel, and ultimately may not promote an efficient determination of each action.

DATED: August 20, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Jonah P. Ross*
JONAH P. ROSS
Assistant United States Attorney